COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-07-427-CV

 

IN RE GAYLE E. COPPOCK                                                       RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of habeas corpus, which this court is treating as a petition
for writ of mandamus, and is of the opinion that relief should be denied.  Accordingly, relator=s
petition is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL 
A:  CAYCE, C.J.; LIVINGSTON and
WALKER, JJ. 

 

DELIVERED: 
January 4, 2008  











    [1]See
Tex. R. App. P. 47.4.